IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: Maria Moncerrato Martinez | § § § § | CASE NO: 18-30492-H4-8  ENTERED 11/27/2019 |
| DEBTOR(S) | | CHAPTER 13 |

## ORDER

**CAME ON FOR CONSIDERATION,** the Trustee's Motion to Deposit Funds into the Court Registry pursuant to 11 U.S.C. § 347 (a), and it is therefore

**ORDERED** that David G. Peake, the Chapter 13 Standing Trustee is authorized to deposit all unclaimed funds, now held by him, in this case in the amount **$5,909.66** owed to **Maria Moncerrato Martinez** into the Registry of the Court pursuant to 11 U.S.C. § 347 (a).

SIGNED this the 27th day of November 2019.

This order is signed for the Court by
the clerk under authority of 28 U.S.C.
§ 956 and General Order 2000-3.
DAVID J. BRADLEY, CLERK
By: _____
        Deputy Clerk

#66

## EXHIBIT "A"

| | | |
|---|---|---|
| IN RE: Maria Moncerrato Martinez | § § § § | CASE NO: 18-30492-H4-8 |
| DEBTOR(S) | | CHAPTER 13 |

## UNCLAIMED FUNDS

| NAME & ADDRESS: | AMOUNT |
|---|---|
| Maria Moncerrato Martinez<br>1513 W. Hedrick St.<br>Houston, TX 77011 | $5,909.66 |
| **TOTAL FOR UNCLAIMED FUNDS** | $5,909.66 |